Name *Nestor Quintana*

Prison Number *1229352*

Place of Confinement *High Desert State Prison*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

*Nestor Quintana*, Petitioner, )
(Full Name)                   )
                              )
            vs.               )   CASE NO. ~~e~~-_____
*State of Nevada*             )        (To be supplied by the Clerk)
~~_____~~ Respondent, )
(Name of Warden, Superintendent, jailor or )
authorized person having custody of petitioner) )
                              )   **PETITION FOR A**
                              )   **WRIT OF HABEAS CORPUS**
            and               )   **PURSUANT TO 28 U.S.C. § 2254**
                              )   **BY A PERSON IN STATE CUSTODY**
The Attorney General of the State of Nevada )   ( **NOT** SENTENCED TO DEATH)

-------------------------------------------------

1.  Name and location of court, and name of judge, that entered the judgment of conviction you are
    challenging: *District Court Dept. 12 Judge Michelle Leavitt*

2.  Full date judgment of conviction was entered: *5 / 14 / 21*. (month/day/year)

3.  Did you appeal the conviction? *X* Yes ___ No. Date appeal decided: ____/____/____

4.  Did you file a petition for post-conviction relief or petition for habeas corpus in the state court?
    *X* Yes ___ No. If yes, name the court and date the petition was filed: _____
    _____ ____/____/____. Did you appeal from the denial of the petition for
    post-conviction relief or petition for writ of habeas corpus? ___ Yes *X* No. Date the appeal
    decided: ____/____/____. Have all of the grounds stated in this petition been presented to the
    state supreme court? ___ Yes *X* No. If no, which grounds have not? ~~Correlative~~
    ~~_____~~ *Prosecutorial misconduct.* _____

5.  Date you are mailing (or handing to correctional officer) this petition to this court: *6/10/22*

    **Attach to this petition a copy of all state court written decisions regarding this conviction.**

6. Is this the first federal petition for writ of habeas corpus challenging this conviction? ~~Yes~~ NFQ

✓ No.    If no, what was the prior case number ? 2:22-cv-00463 . And in what court was

the    prior action filed? US District Court District of Nevada .

Was the prior action ___ denied on the merits or ✗ dismissed for procedural reasons  (check

one).  Date of decision: ___/___/___ .  Are any of the issues in this petition raised in the

prior petition? ~~Yes~~ NFQ  ✗ No.    If the prior case was denied on the merits, has the Ninth

Circuit Court of Appeals given you permission to file this successive petition? ___ Yes ___ No.

7. Do you have any petition, application, motion or appeal (or by any other means) now pending in

any court regarding the conviction that you are challenging in this action?   ___ Yes ✗ No.

If yes, state the name of the court and the nature of the proceedings: _____

_____.

8. Case number of the judgment of conviction being challenged: _____.

9. Length and terms of sentence(s): 10 to Life consecutive 10 to life (20 to life) All together

10. Start date and projected release date: N/A _____.

11. What was (were) the offense(s) for which you were convicted: _____

_____.

12. What was your plea? ___ Guilty ✗ Not Guilty ___ Nolo Contendere. If you pleaded guilty

or nolo contendere pursuant to a plea bargain, state the terms and conditions of the agreement:

_____.

13. Who was the attorney that represented you in the proceedings in state court?  Identify whether

the attorney was appointed, retained, or whether you represented yourself *pro se* (without counsel).

| | Name of Attorney | Appointed | Retained | *Pro se* |
|---|---|---|---|---|
| arraignment and plea | Nicholas Wooldridge | | ✗ | |
| trial/guilty plea | Nicholas Wooldridge | | ✗ | |
| sentencing | Nicholas Wooldridge | | ✗ | |
| direct appeal | Daria F. Imlay | ✗ | | |
| 1st post-conviction petition | or | | | |
| appeal from post conviction | William M. Waters | ✗ | | |
| 2nd post-conviction petition | | | | |
| appeal from 2nd post-conviction | | | | |

Exhaustion of state court remedies regarding Ground

> **Direct Appeal:**

Did you raise this issue on direct appeal from the conviction to the Nevada Supreme Court?

___ Yes   _X_ No.  If no, explain why not:   I didn't Know I could

---

> **First Post Conviction:**

Did you raise this issue in a petition for post conviction relief or state petition for habeas corpus?

___ Yes   _X_ No.  If no, explain why not:   I Dont Know what I'm doing

If yes, name of court: _____ date petition filed ___ / ___ / ___ .

Did you receive an evidentiary hearing? ___ Yes ___ No.  Did you appeal to the Nevada Supreme

Court?___ Yes ___ No.  If no, explain why not: _____

If yes, did you raise this issue?___ Yes ___ No.  If no, explain why not: _____

> **Second Post Conviction:**

Did you raise this issue in a **second** petition for post conviction relief or state petition for habeas corpus?

___ Yes ___ No.  If yes, explain why: _____

If yes, name of court: _____ date petition filed ___ / ___ / ___ .

Did you receive an evidentiary hearing? ___ Yes ___ No.  Did you appeal to the Nevada Supreme

Court?___ Yes ___ No.  If no, explain why not: _____

If yes, did you raise this issue?___ Yes ___ No.  If no, explain why not: _____

> **Other Proceedings:**

Have you pursued any other procedure/process in an attempt to have your conviction and/or

sentence overturned based on this issue (such as administrative remedies)?  ___ Yes  _X_ No.  If yes,

explain:   I have no knowledge on how to do this.

2. Name and location of court which entered the judgment of conviction under attack:

_____

3. Date of judgment of conviction: _____

_____ 14 may 2021 _____

4. Case number: ___ C-17-322311-1 ___

5. (a) Length of sentence: 10 to life, 10 to life; Consecutive (20 to life)

  (b) If sentence is death, state any date upon which execution is scheduled: _____

_____

6. Are you presently serving a sentence for a conviction other than the conviction under

attack in this motion? Yes ____ No X

  If "yes," list crime, case number and sentence being served at this time: _____

_____

7. Nature of offense involved in conviction being challenged: _____

_____

8. What was your plea? (Check one)

  (a) Not guilty X

  (b) Guilty ___

  (c) Nolo contendere___

9. If you entered a plea of guilty to one count of an indictment or information, and a plea of not guilty to another count of an indictment or information, or if a plea of guilty was negotiated, give details: _____

_____ N/A _____

_____

10. If you were found guilty after a plea of not guilty, was the finding made by: (Check One)          (a) Jury X          (b) Judge without a jury___

11. Did you testify at the trial? Yes____ No X

12. Did you appeal from the judgment of conviction? Yes __X__ No____

13. If you did appeal, answer the following:
   (a) Name of court: _____ Supreme Court of Nevada _____

   (b) Case number or citation: _____ 807018 _____

   (c) Result: _____ Conviction Affirmed _____

   (d) Date of result: _____ May 14, 2021 _____
          (Attach a copy of order or decision, if available.)

14. If you did not appeal, explain briefly why you did not: _____
   _____ N|A _____

15. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any court, state or federal? Yes __X__ No___

16. If your answer to No. 15 was "yes," give the following information:
   (a)
      (1) Name of court: _____

      (2) Nature of proceeding: Ineffective Assistance of Council

      _____

      (3) Grounds raised: IAC (6th and 14th amendment) failure to investigate
      Due Process Violations (8th and 14th amendment) failure of Council to raise
      Substantive issues during trial/appeal (6th and 14th amendment)

      (4) Did you receive an evidentiary hearing on your petition, application or motion? Yes____ No __X__

      (5) Result: "case closed" (with no Right to appeal)

      (6) Date of result: _____ 3-18-2022 _____

      (7) If known, citations of any written opinion or date of orders entered pursuant

      to such result: _____

(b) As to any second petition, application or motion, give the same information:

(1) Name of court: _____

(2) Nature of proceeding: _____

(3) Grounds raised: _____

(4)    Did you receive an evidentiary hearing on your petition, application or motion? Yes_____ No_____

(5) Result: _____

(6) Date of result: _____

(7)    If known, citations of any written opinion or date of orders entered pursuant to such result: _____

_____

(c) As to any third or subsequent additional applications or motions, give the same information as above, list them on a separate sheet and attach.

(d) Did you appeal to the highest state or federal court having jurisdiction, the result or action taken on any petition, application or motion?

(1) First petition, application or motion? Yes__X__ No_____

Citation or date of decision: ___May 14, 2021_____

(2) Second petition, application or motion? Yes__X__ No_____

Citation or date of decision: ___June 15, 2021_____

(3) Third or subsequent petitions, applications or motions? Yes__X__ No_____

Citation or date of decision: ___July 13, 2021_____

(e) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not. (You must relate specific facts in response to this question. Your response may be included on paper which is 8 1/2 By 11 inches attached to the petition. Your response may not exceed five handwritten or typewritten pages in length.) Because of "Covid lockdown" from March 2020 to

March 2022 law library and No access or limited access to phones in different hours of the day, day to day, week to week, and no legal know how I had no way to do anything on my case at all. Plus I am 100% service connected US Army combat veteran with Traumatic Brain injury it is very hard/impossible to accomplish simple/hard tasks. Please understand.

17. Has any ground being raised in this petition been previously presented to this or any other court by way of petition for habeas corpus, motion, application or any other post-conviction proceeding? If so, identify:

    (a) Which of the grounds is the same: _____ None _____

_____

    (b)The proceedings in which these grounds were raised: _____
_____ N/A _____

    (c) Briefly explain why you are again raising these grounds. (You must relate specific facts in response to this question. Your response may be included on paper which is 8 1/2 by 11 inches attached to the petition. Your response may not exceed five handwritten or typewritten pages in length.) _____

_____

18. If any of the grounds listed in Nos. 23 (a), (b), (c), and (d), or listed on any additional pages you have attached, were not previously presented in any other court, state or federal, list briefly what grounds were not so presented, and give your reasons for not presenting them. (You must relate specific facts in response to this question. Your response may be included on paper which is 8 1/2 By 11 inches attached to the petition. Your response may not exceed five handwritten or typewritten pages in length.)
_____
_____

19. Are you filing this petition more than 1 year following the filing of the judgment of conviction or the filing of a decision on direct appeal? If so, state briefly the reasons for the delay. (You must relate specific facts in response to this question. Your response may be included on paper which is 8 1/2 by 11 inches attached to the petition. Your response may not exceed five handwritten or typewritten pages in length.)

Covid lockDown at High Desert State prison had closed or limited access to law library and they had no Regular / inmate workers.

20. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack? Yes_____ No _X_

    If yes, state what court and the case number: _____

_____

21. Give the name of each attorney who represented you in the proceeding resulting in your conviction and on direct appeal: _____

_Nicholas Wooldridge (conviction) William M. Waters (Appeal)_

22. Do you have any future sentences to serve after complete the sentence imposed by the judgment under attack? Yes_____ No _X_

If yes, specify where and when it is to be served, if you know: _____

_____

23. State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary you may attach pages stating additional grounds and facts supporting same.

(a) Ground one: _____

_Prosecutorial Misconduct_

Supporting FACTS (Tell your story briefly without citing cases or law.):

_[I have attached page 1-185 with the explanation]_
_"Grounds"_

_____

(b) Ground two: _____

_____

Supporting FACTS (Tell your story briefly without citing cases or law.):

_____

_____

_____

(c) Ground Three: _____

_____

Supporting FACTS (Tell your story briefly without citing cases or law.):

_____

State concisely every ground for which you claim that the state court conviction and/or sentence is unconstitutional. Summarize briefly the facts supporting each ground. You may attach up to two extra pages stating additional grounds and/or supporting facts. You must raise in this petition all grounds for relief that relate to this conviction. Any grounds not raised in this petition will likely be barred from being litigated in a subsequent action.

## GROUND

I allege that my state court conviction and/or sentence are unconstitutional, in violation of my _5th 6th ant 14th_ Amendment right to _A fair unbiased Constitutional hearing Due Process_ based on these facts:

See NeXT PAIGE | TitlEd # 1-185

Page 1-105

**①**

1  At Sentencing The D.A. told the judge to make both 10 to lifes
2  consecutive because I would "Return home to my family and by
3  then there would be grandchildren in the picture". incinuating I
4  would do something to them. If I'm in prison for A minimum
5  of 20 years she (D.A) believed not in the system Rehabilitating
6  but in Vengence and keeping me in twice as long Away from
7  my family who Always supported me Including my Step-
8  daughter who made the claims for this case where she
9  Recanted Sieveral times. Punishing both my wife, kids, and myself
10  for supporting each other.

**②**

11  The D.A. Also commented that both 10 to lifes be Consecutive
12  because Eventhough I Am A permanent Resident And A U.S. Army
13  Combat Veteran There would be A chance for me to be Deported
14  After my Sentence, So she Argued "After Just 10 years, As Soon
15  As he gets Released He will be back over the border that Same
16  weekend, You know How they ARE"! I was stunned she said it
17  but Not my Attorney nor my judge Said Anything to Allow her to
18  clarify what She meant by "They". I am A veteran, A dad, A
19  Patriot, Hispanic and An immigrant. I was brought here as A young
20  child, I had no choice. I Served my country and in Serving became
21  100% service connected Disabled in Combat operations in IRAq
22  on 2004. I had Never experienced Racism, till now. We Allknow
23  what she meant. and look At my Case in whole, there ARE more
24  instances where Hatred was used. winning the case was paramount
25  over learning the truth. The judge Accepted her argument And
26  gave me two Ten to life consecutive. If The D.A. believed in.
27  the System/Rehabilitation then none of these Comments needed to
28  be Said At All. Please help me in fixing this.

Also All claims Raised in state court appeal.

H.R.442 and A.D.A. is in play here.

State concisely every ground for which you claim that the state court conviction and/or sentence is unconstitutional. Summarize briefly the facts supporting each ground. You may attach up to two extra pages stating additional grounds and/or supporting facts. You must raise in this petition all grounds for relief that relate to this conviction. Any grounds not raised in this petition will likely be barred from being litigated in a subsequent action.

### GROUND

I allege that my state court conviction and/or sentence are unconstitutional, in violation of my

_____ Amendment right to ~~scratched out~~

based on these facts:

Attorney could have represented me better and explain my mental and veteran issues and talked to witnesses.

Please Help me!

Attorney forced me to trial violating rights I didn't know I had.

Please consider helping me. I answered what I understood in this petition and left blank what confused me.

All claims raised in state court appeal.

WHEREFORE, petitioner prays that the court will grant him such relief to which he is entitled in this federal petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 by a person in state custody.

_____
(Name of person who wrote this
complaint if not Plaintiff )

_____
(Signature of Plaintiff)

6-10-22
_____
(Date)

_____
(Signature of attorney, if any)

_____

_____
(Attorney's address & telephone number)

## DECLARATION UNDER PENALTY OF PERJURY

I understand that a false statement or answer to any question in this declaration will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** See 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

6-10-22

Executed at High Desert State Prison on _____
                        (Location)                        (Date)

_____
(Signature)

1229352
_____
(Inmate prison number)

AFFIRMATION
Pursuant to NRS 239B.030

The undersigned does hereby affirm that the preceding _Motion_

_For Appointment of Counsel / writ of Habeas corpus_
(Title of Document)

filed in District Court Case number _____

☒    Does not contain the social security number of any person.

**-OR-**

☐    Contains the social security number of a person as required by:

A.  A specific state or federal law, to wit:

_____
(State specific law)

**-or-**

B.  For the administration of a public program or for an application for a federal or state grant.

_[signature]_                                      6-10-22
Signature                                          Date

_Nestor Quintana_
Print Name

_Petitioner, pro se_
Title

AFFIRMATION
Pursuant to NRS 239B.030

The undersigned does hereby affirm that the preceding Petition
(Pursuant to 28 U.S.C. § 2254)
For a Writ of Habeas Corpus
(Title of Document)

filed in District Court Case number _____

☒    Does not contain the social security number of any person.

**-OR-**

☐    Contains the social security number of a person as required by:

      A.  A specific state or federal law, to wit:

      _____
      (State specific law)

         **-or-**

      B.  For the administration of a public program or for an application
      for a federal or state grant.

_____        6-10-22
Signature                        6-10-22
                                 Date

Nestor Quintana
Print Name

Petitioner, Pro se
Title

E-File

# CERTFICATE OF SERVICE BY MAILING

1

2   I, _Nestor Quintana_____, hereby certify, pursuant to NRCP 5(b), that on this ____

3   day of ~~February~~ June, 20~~22~~, I mailed a true and correct copy of the foregoing, " _Petition_

4   _for a writ of Habeas Corpus Pursuant to 28 V.S.C. § 2254_"

5   by depositing it in the High Desert State Prison, Legal Library, First-Class Postage, fully prepaid,

6   addressed as follows:

7

8   _Warden / Calvin Johnson_          _Attorney General of Nevada_

9   _H.D.S.P._                         _100 North Carson Street_
    _22010 Cold Creek Rd._

10  _Indian Springs NV._               _Carson City, Nevada_
    _89070_                                _89701_

11

12  _Clark County District Attorney_   _U.S. District Court District NV._
                          _Office_      _C/o: Clerk_

13  _200 Lewis Avenue_                 _333 Las vegas Blvd. South_
    _Las Vegas, NV. 89155_            _Ste: 1334_

14                                     _LV. NV. 89101_

15

16

17  CC:FILE

18

19  **DATED:** this **10** day of ~~February~~ June, 20~~22~~

20

21

22                                    _Nestor Quintana_      #1229353
                                      /In Propria Personam

23                                    Post Office box 650 [HDSP]
                                      Indian Springs, Nevada 890~~18~~ 70
                                      IN FORMA PAUPERIS:

24

25

26

27

28



# Office of the Public Defender

309 S Third St · Second Floor · PO Box 552610 · Las Vegas NV 89155-2610
(702) 455-4685 · Fax (702) 455-5112

Darin F. Imlay, Public Defender · Virginia F. Eichacker, Assistant Public Defender

Date: July 15, 2021

Nestor Ivan Quintana
NDOC No. 1229352
C /O
High Desert State Prison
22010 Cold Creek Road.
Indian Springs, Nevada
89070

Re:    Quintana v. State of Nevada
       Supreme Court Case No. 80718

Dear Mr. Quintana:

As you know, your conviction was affirmed by a panel of the Nevada Supreme Court on
May 14, 2021. I filed a Petition for Rehearing of the Panel decision but the panel denied
my Petition on June 15, 2021. I filed a Petition for en banc reconsideration, requesting
the full court consider your appeal, but the court denied the Petition for En Banc
reconsideration on July 13, 2021. Unfortunately, this means your direct appeal has now
been exhausted. Nevertheless, now is your opportunity to file a Post-Conviction Petition
for Writ of Habeas Corpus in the Eighth Judicial Court asking for relief.

The remittitur in your case has not issued yet, but the remittitur typically issues 25 days
after the court affirms your conviction.   Therefore, I expect your remittitur to issue
around August 7, 2021. In any event, we will send you a copy of the remittitur when it is
filed.   Important, you have **one year from the date the remittitur issues to file a
petition for a writ of habeas corpus for post-conviction relief**.   The petition must be
filed in the same District Court that heard your trial.   Your petition **must** be received by
the court before the one-year date has passed.   In your case Judge Herndon has been
elected to the Nevada Supreme Court and is no longer a district court judge.   Therefore,
your case has been reassigned to District Court Department 12, Judge Michelle Leavitt.
So, you must file your Petition in Department 12.

*still in my 1 year window*

The Clark County Public Defender's Office cannot represent you in the filing of a
Petition for a Writ of Habeas Corpus for post-conviction relief.   This means that you will
need to do it yourself and at the same time you file your Petition you can ask the District
court to appoint an attorney to supplement the writ you filed.