UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

NESTOR QUINTANA,

Petitioner,

v.

STATE OF NEVADA, *et al.*,

Respondents.

Case No. 2:22-cv-00947-MMD-NJK

ORDER

This habeas action is brought by Petitioner Nestor Quintana under 22 U.S.C. § 2254. Quintana now moves to reopen these federal habeas proceedings. (ECF No. 20.) Respondents have not filed an opposition and the time to do so has now expired. Also before the Court is Quintana's Motion to Seal (ECF No. 23) and Respondents' Motion to Extend (ECF No. 25).

## I.     MOTION TO REOPEN

In October 2022, the Court granted Quintana's Motion to Stay case pending exhaustion of his unexhausted claims. (ECF No. 17.) The Court also granted Quintana's request to file a second amended petition upon the reopening of this action. (*Id.*) In July 2025, the state appellate court issued remittitur. (ECF No. 20 at 2.) The Court grants Quintana's motion to reopen.

## II.     MOTION TO SEAL

Quintana seeks leave to file under seal Exhibit 19 (ECF No. 24-1) which is Quintana's comprehensive forensic psychological evaluation because the exhibit contains information that is confidential and personal identifying information.

The need to protect medical privacy generally qualifies as a "compelling reason" for sealing records in connection with a dispositive motion. *E.g. Abbey v. Hawaii Emp'rs Mut. Ins. Co. (HEMIC)*, 760 F. Supp. 2d 1005, 1013 (D. Haw. 2010). Having reviewed

and considered the matter in accordance with *Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), and its progeny, the Court finds that a compelling need to protect the safety, privacy, and/or personal identifying information outweighs the public interest in open access to court records. Exhibit 19 is considered properly filed under seal.

### III.   MOTION TO EXTEND

Respondents seek an extension of time to file their response to the second amended petition. (ECF No. 25.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

### IV.   CONCLUSION

It is therefore ordered that Quintana's Motion to Reopen (ECF No. 20) is granted. As the stay is lifted by this Order, the Clerk of the Court will reopen this action.

It is further ordered that Quintana's Motion to Seal (ECF No. 23) is granted. Exhibit 19 is considered properly filed under seal.

It is further ordered that Respondents' Motion to Extend Time (ECF No. 25) is granted. Respondents have until March 20, 2026, to file their response to the second amended petition.

DATED THIS 20th Day of March 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE